1  James Shin
   1557 Westwood Blvd., #229
2  Los Angeles, CA 90024
   Telephone: (213)-703-3268
3  Email: govmain@gmail.com

4
   **Plaintiff JAMES SHIN. In pro per**
5

6
                    UNITED STATES DISTRICT COURT
7
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
8
                                              CV19-5479-GW(RAOx)
9  JAMES SHIN, an individual and on behalf of ) Case No.
10 himself and all others similarly situated,  )
                                               ) **CLASS ACTION COMPLAINT FOR:**
11                                             )
             Plaintiff,                        ) **(1) RESCISSION**
12                                             ) **(2) FRAUD**
             vs.                               ) **(3) DEFAMATION**
13                                             ) **(4) ABUSE PROCESS;**
                                               )     **ABUSE LAW**
14 LAW OFFICE OF MORSE MEHRBAN,                ) **(5) TORTIOUS INTERFERENCE WITH**
   A.P.C., an individual; MORSE               )     **PROSEPECTIVE ECONOMIC**
15 MEHRBAN, an individual; JULIE A.           )     **ADVANTAGR**
   MEHRBAN, an individual; ALFRADO            ) **(6) NEGLIGENT AND FRAUD**
16 GARCIA, an individual and DOES 1-10,       ) **(7)UNJUST ENRICHMENT**
17 inclusive,                                 )
                                               ) **UNLIMITED CIVIL CASE**
18            Defendants.                      )
                                               )   **JURY TRIAL DEMAND**
19                                             )
                                               )
20                                             )
                                               )
21 _____)

22
       Plaintiff James Shin hereby alleges the following facts in support of his Complaint for
23
24 damages and hereby demands a jury trial on all causes of action stated herein as against LAW

25 OFFICES OF MORSE MEHRBAN, A.P.C., (hereinafter "LAW OFFICES OF MORSE

26 MEHRBAN. A.P.C.") an individual , MORSE MEHRBAN, (hereafter " MORSE") an

27

28

individual;JULIE A. MEHRBAN  (hereinafter "JULIE") an individual; ALFRADO GARCIA, (hereafter "GARCIA") an individual and DOES 1 through 10, inclusive.

1. Plaintiff James Shin  brings this action as against Defendants, and seeks damages for Defendants' intentional, wrongful, malicious, fraudulent, and oppressive conduct related to a certain wrongful SCAM ADA Lawsuits  against Plaintiff James Shin and others.

2. Plaintiff  James Shin is an individual, Plaintiff  resides in Los Angeles County and has his principal place of  residential  in Los Angeles County.

3. Plaintiff is informed and believes, and thereon alleges, that during all relevant periods of time covered by this complaint, Defendants  LAW OFFICES OF MORSE MEHRBAN, A.P.C., MORSE MEHRBAN (Bar Number:169082) was with its principal practice the law at located at 15720 Ventura Blvd.,  Suite 228, Encino, California 91436-2938. Defendants MEHRBAN LAW CORPORATION, A.P.C., JULIE A MEHRBAN (Bar Number: 271290 ) was and is a California Cooperation company, was with a status of with the California Secretary of  State, and with its principal place of  business located at 15720 Ventra Blvd., Suite 228, Encino, California 91436-2938 and Defendant's **ALFRADO GARCIA was with its principal SCAM ADA LAWSUITS an over 600 cases partnership between Law Office of Morse Mehrban, A.P.C., and Morse Mehrban and Julie Mehrban.**

4. Plaintiff is informed and believes, and thereon alleges, that during all relevant periods of time covered by this complaint, Defendants each were and are individuals residing in the County of Los Angeles and doing business in the County of Los Angeles.

5. Plaintiff is informed and believes, and thereon alleges, that LAW OFFICES OF MORSE MEHRBAN, A.P.C.,   operates as the alter ego of  MEHRBAN LAW CORPORATION, A.P.C.,

by MORSE MEHRBAN (Bar Number:169082) and JULIE A MEHRBAN ( Bar Number:271290) and ALFRADO GARCIA.

6. Plaintiff is ignorant of the true names and capacities of those defendants sued herein as DOES 1 through 10, inclusive, and therefore Plaintiff sues said defendants by such fictitious names and capacities. Plaintiff will seek to amend this Complaint to show the true names and capacities of DOES 1 through 10, inclusive, when their true names and capacities have been ascertained. Plaintiff is informed and believes, and thereon alleges, that each of these fictitiously named defendants is responsible in some manner for the unlawful actions, acts, and/or omissions herein alleged, and that the damages herein alleged were directly and proximately caused by such conduct. Defendants LAW OFFICES OF MORSE MEHRBAN, A.P.C., MORSE MEHRBAN and MEHRBAN LAW CORPORATION, A.P.C. , JULIE A. MEHRBAN and ALFRADO GARCIA and DOES 1-10, inclusive, are collectively referred to herein as "Defendants."

7. Plaintiff is informed and believes, and thereon alleges, that Defendants, and each of them, were at all times mentioned herein the agents, servants, and employees of each other, or otherwise were acting with the full knowledge and consent of each other. Plaintiff is further informed and believes, and upon such basis and belief alleges, that in doing all of the things alleged in this complaint, Defendants, and each of them, were acting within the scope and authority of their agency, servitude, or employment, and were acting with the express and/or implied knowledge, permission and consent of one another. Plaintiff is further informed and believes, and upon such basis and belief alleges, that Defendants learned of, ratified, and/or approved the wrongful conduct of its agents and/or employees identified in this complaint as having engaged in wrongful conduct.

**CLASS ACTION** COMPLAINT FOR DAMAGES - 3

8.  Plaintiff is informed and believes, and thereon alleges, that at all relevant times, Defendants, and each of them, were business entities or individuals who owned, controlled, or managed the business which damaged Plaintiff, and are each therefore individually liable to Plaintiff.

9.  Plaintiff is informed and believes, and thereon alleges, that at all relevant times, Defendants, and each of them, were in some fashion, by contract or otherwise, the successor, assignor, indemnitor, guarantor, or third-party beneficiary of one or more of the remaining Defendants, and at all times relevant to Plaintiffs claims alleged herein, were acting within that capacity. Plaintiff further alleges that Defendants, and each of them, assumed the liabilities of the other Defendants, by virtue of the fact that each to some degree wrongfully received and/or wrongfully benefited from the flow of assets from the other Defendants, to the detriment of Plaintiff. Plaintiff further alleges that by wrongfully receiving and/or benefiting from Defendants' assets, and in the consummation of such transactions, a de facto merger of the Defendants, and each of them, resulted, such that Defendants, and each of them, may be treated as one for purposes of this Complaint.

10.  Plaintiff is informed and believes, and thereon alleges, that at all relevant times mentioned herein, Defendants, and each of them, were the partners, agents, servants, employees, joint venturors, or co-conspirators of each other Defendant, and that each Defendant was acting within the course, scope, and authority of such partnership, agency, employment, joint venture, or conspiracy, and that each defendant, directly or indirectly, authorized, ratified, and approved the acts of the remaining Defendants, and each of them.

11.  Plaintiff is informed and believes, and thereon alleges that at all relevant times, Defendants LAW OFFICES OF MORSE MEHRBAN, A.P.C. , MORSE, MEHRBAN LAW

CORPORATION, A.P.C., "JULIE" , " MORSE" , "GARCIA"  and  and DOES 1 through 10,

inclusive (the "CONTROLLING DEFENDANTS") maintained a unity of interest and

ownership, such that any individuality and separateness between the CONTROLLING

DEFENDANTS and Defendants LAW OFFICES OF MORSE MEHRBAN, A.P.C.,

MEHRBAN LAW CORPORATION, A.P.C.,  is existed, or has ceased, and that the

CONTROLLING DEFENDANTS were the alter ego of  Defendants "MORSE" and "JULIE"

and "GARCIA" , in that:

      A.  Defendant LAW OFFICES OF MORSE MEHRBAN, A.P.C. and

      MEHRBAN LAW CORPORATION. A.P.C.  was conceived, intended and used

      by the CONTROLLING DEFENDANTS as a device for the purpose of

      substituting a financially insolvent business entity in the place of the

      CONTROLLING DEFENDANTS to avoid individual liability for the damages

      and injuries alleged herein;

      B.  The CONTROLLING DEFENDANTS held themselves out to Plaintiff

      and/or other creditors that they were responsible for the debts of  Defendants

      LAW OFFICES OF MORSE MEHRBAN, A.P.C., and MEHRBAN LAW

      CORPORATION, A.P.C., and "MORSE" and "JULIE" and "GARCIA"

      including the indebtedness that Defendants incurred to Plaintiff;

      C.  The CONTROLLING DEFENDANTS used the assets of  Defendants

      LAW OFFICES OFMORSE  MEHRBAN, A.P.C., and MEHRBAN LAW

      CORPORATION, A.P.C.,  for their own purposes as though they were their own,

      and caused assets of  "MORSE"  and "JULIE" and "GARCIA"  to be transferred

to them, or to entities they controlled, or to family members of its officers, without adequate consideration and/or to avoid creditors, such as Plaintiff;

      D. The CONTROLLING DEFENDANTS dominated and controlled the finances of Defendants LAW OFFICES OF MORSE MEHRBAN, A.P.C., and MEHRBAN LAW CORPORATION, A.P.C., and treated "MORSE" and "JULIE" accounts as their own bank accounts, and commingled LAW OFFICES OF MORSE MEHRBAN, A.P.C., and MEHRBAN LAW CORPORATION, A.P.C., funds for the use of the CONTROLLING DEFENDANTS and to avoid creditors of "MORSE" and "JULIE" and "GARCIA", such as Plaintiff;

      E. The CONTROLLING DEFENDANTS completely disregarded the formalities and separateness of Defendants LAW OFFICE MORSE MEHBAN, A.P.C., and MEHRBAN LAW CORPORATION, A.P.C., in that the operations of Defendants "MORSE" and "JULIE" and "GARCIA" were carried out without the holding of meetings, proper records were not maintained, and transactions between and among the CONTROLLING DEFENDANTS and Defendants were neither approved by its members nor properly documented.

12. Plaintiff is informed and believes, and thereon alleges, that adherence to the fiction of the separate existence of Defendants LAW OFFICES OF MORSE MEHRBAN, A.P.C., and MEHRBAN LAW CORPORATION, A.P.C., as an entity distinct from the CONTROLLING DEFENDANTS would permit an abuse of the California Cooperation company privilege and would sanction fraud and promote injustice in that, among other things, the CONTROLLING DEFENDANTS set up the business of "MORSE" and "JULIE" and "GARCIA" to make an

unfair profit and to avoid legal and financial liability to the creditors of CONTROLLING

DEFENDANTS.

## FIRST COUNT (DAFAMATION)

13.  Plaintiff re-alleges, and incorporates herein by their reference, each and every allegation

stated above, as though fully set forth at this point.

14.  Defendants Morse Mehrban and Julie Mehrban ("Mehrban") practice law in 15720

Ventura Blvd, Suite 228, Encino, CA 91436, Alfrado Garcia is partner Scam ADA lawsuits with

Morse and Julie in 15720 Ventura Blvd, Suite, Encino, CA 91436.

15.  At times relevant to this lawsuit, Mehrban has owned and operated and Law office of

Morse Mehrban and been responsible for the content of ADA lawsuits for false statement, scam,

fraud lawsuits and stealing money from thousands business owners over millions dollars.

16.  Plaintiff is informed and believes, and thereon alleges, that Defendants knew that the

above-referenced representations were false and scam and fraud at the time they were made. The

representations were made by Defendants without any reasonable basis for believing them to be

true. Defendants made these representations with the intent to induce reliance by Plaintiff on

these representations so that Plaintiff would pay settlement a amount $5,000.00 to $10,000.00

pay to Defendants.

17.  During the time that Mehrban owned and operated the Law office of Morse Mehrban has

practice law and continues to filed numerous false lawsuits and scam lawsuits....., and that he

threatened his job and business.

18.  As a direct and proximate result of defendants Morse's, and Julie and Garcia's conduct,

Plaintiff James Shin has been impaired in his ability to earn a living as a small business owner

and has sustained and will continue to sustain loss of income in amount that will be established at trial.

19. As a direct and proximate result of defendants Morse's, and Julie, and Garcia's conduct, Plaintiff James Shin has suffered and continue to suffer extreme mental anguish and distress.

20. As a direct and proximate result of Defendants Morse's and Julie's and Garcia's conduct, the fired from the job has been damaged and it has sustained and will continue to sustain loss of income in amount that will be established at trial.

**WHEREFORE,** plaintiff request judgment against defendants Morse, Julie and Garcia for compensatory and punitive damages, together with counsel fees, costs of suit, and other relief as the court may deem proper.

## SECOND COUNT (DEFAMATION)

21. Plaintiff repeat and reallege the allegations of the previous as if same were set forth at length herein. Statements by defendants interfered with the prospective economic advantage of Plaintiff by including prospective clients not to engage plaintiff as their literary agent.

22. The ADA SCAM lawsuits by defendants of the false and malicious statements about plaintiff business set forth in the previous COUNT, as well as others actions and false statements by defendants, interfered with the prospective economic advantage of plaintiff business.

23. During the time that Morse, Julie and Garcia has operated Law Office of Morse Mehrban, they have filed the ADA Scam lawsuits and continues to false statement and defamatory statement about plaintiff business. The ADA Scam Lawsuits made by Morse, Julie and Garcia's clearly denigrated plaintiff's threatened business, and accused them of engaging in conduct and having traits incompatible with them business as a small business owner, and are thus defamatory per se under California law.

24.  As a direct and proximate result of defendants malicious ADA SCAM lawsuits, plaintiff suffered damages in amount that will be established at trial.

WHEREFORE, plaintiff request judgment against defendants Morse, Julie and Garcia for compensatory and punitive damages, together with counsel fees, costs of suit, and other relief as the court may deem proper.

### THIRD COUNT (CONSPRACY TO DEFAME)

25.  Plaintiff repeat and reallege the allegationa of the previous COUNT as if same were set forth at length herein.

26.  Defendants Morse Mehrban and Julie Mehrban and Alfrado Garcia conspired and acted in concert with each other as well as with other Garcia Alfredo individual and entities, to defame plaintiff by ADA SCAM lawsuits the false and malicious false lawsuits an against plaintiff business.

27.  Defendants Morse Mehrban and Julie Mehrban and Alfrado Garcia conspired entered a judgment an against landlord's.  This caused a great amount a damaged to the plaintiff's. (landlord's filed the unlawful detainer case an against plaintiff's and it cost to plaintiff's over $15,000.00 attorney fees' and plaintiff's paid landlord's a judgment of $4,896.00.)

28.  The false and defamatory statements made by these defendants, acting in concert, concerning the personal, professional, and business reputation and character of plaintiff were made maliciously and with intent to destroy plaintiff professional business and career.

29.  As a direct and proximate result of defendants Morse, Julie and Garcia conduct, plaintiff James Shin has been impaired in his ability to earn a living as a business owner, and has sustained and will continue to sustain loss of income in amounts that will be established at trial.

**FOURTH COUNT**
**( TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE)**
**(As against all Defendants)**

30. Plaintiff re-alleges, and incorporates herein by their reference, each and every allegation stated above, as though fully set forth at this point.

31. The ADA Scam lawsuits by defendants Morse, Julie and Garcia of the false and malicious lawsuits about plaintiff business set forth in the previous COUNT, as well as other actions and lawsuits by defendants, interfered with the prospective economic advantage of plaintiff business.

32. As a direct, proximate, foreseeable, and unavoidable result of Defendants' malicious ADA Scam lawsuits and misconduct a judgment Plaintiff has suffered damages in an amount to be proven at trial, of at least $150,000.00.

WHEREFORE, plaintiff's request judgment against defendants Morse Mehrban and Julie Mehrban and Alfrado Garcia for compensatory and punitive damages, together with counsel fees, costs of suit, and other relief as the court may deem proper.

**FIFTH COUNT (FRAUD)**

33. As a direct, proximate, foreseeable, and unavoidable result of Defendants' fraud, Plaintiff has suffered damages in an amount to be proven at trial, of at least $150,000.00.

34. In doing the things herein alleged, the acts and conduct of Defendants, and each of them, constituted malice, oppression and fraud, as those terms are defined in Civil Code § 3294(c), in that these acts were intended by Defendants to cause injury to Plaintiff and/or constituted despicable conduct carried on by Defendants with willful and conscious disregard of the rights of Plaintiff, with the intention of the Defendants to deprive Plaintiff of property and legal rights, and were authorized or approved by Defendants, thereby justifying an award of exemplary and

**CLASS ACTION** COMPLAINT FOR DAMAGES - 10

1  punitive damages in an amount according to proof in order to deter Defendants from similar

2  conduct in the future.

3      35.  As a direct, proximate, foreseeable, and unavoidable result of Defendants' ADA Scam

4  Malicious lawsuits, Plaintiff has suffered damages in an amount to be proven at trial, of at least

5  $150,000.00.

6

7                          **SIXTH COUNT**
                    **NEGLIGENT AND FRAUD**
8                  **(As against all Defendants)**

9      36.  Plaintiff re-alleges, and incorporates herein by their reference, each and every allegation

10  stated above, as though fully set forth at this point.

11

12     37.  Plaintiff is informed and believes, and upon such information and belief alleges, that

13  Defendants knowingly made intentional ADA Scam Lawsuits are false statements and fraud.

14  Plaintiff suffered damages over $15,000.00 legal fees to defense for landlord filed unlawful

15  detainer case and plaintiff's had paid for landlord's a judgment  a sum of $4,896.00.

16     38.  Defendants should have known that the above-referenced representations were false

17  when Defendants made the representations, and they made the representations negligently and

18  without regard for the truth, in violation of their duties to Plaintiff. Plaintiff's reliance on

19  Defendants misrepresentations was a substantial factor in causing Plaintiff's harm. Absent such

20  misrepresentations or nondisclosures by Defendants.

21

22     39.  As a direct, proximate, foreseeable, and unavoidable result of Defendants' Malicious

23  ADA Scam Lawsuits, Plaintiff has suffered damages in an amount to be proven at trial, of at

24  least $150,000.00.

25     40.  In doing the things herein alleged, the acts and conduct of Defendants, and each of them,

26  constituted malice, oppression and fraud, as those terms are defined in Civil Code § 3294(c), in

27

28

1   that these acts were intended by Defendants to cause injury to Plaintiff and/or constituted

2   despicable conduct carried on by Defendants with willful and conscious disregard of the rights of

3   Plaintiff, with the intention of the Defendants to deprive Plaintiff of property and legal rights,

4   and were authorized or approved by Defendants, thereby justifying an award of exemplary and

5   punitive damages in an amount according to proof in order to deter Defendants from similar

6   conduct in the future.

7

8                                **SEVENTH COUNT**
                                 **UNJUST ENRICHMENT**
9                              **(As against all Defendants)**

10      41.  Plaintiff re-alleges, and incorporates herein by their reference, each and every allegation

11   stated above, as though fully set forth at this point.

12      42.  Plaintiff is informed and believes, and upon such information and belief alleges, that

13   Defendants, through their wrongful and unlawful conduct as described herein, have received

14   cash belonging to Plaintiff, and in so doing, have caused Plaintiff to suffer monetary losses, all of

15   such damages and costs were not only foreseeable but were the unavoidable and intended

16   consequences of Defendants' wrongful actions.

17

18      43.  Defendants received the benefit of wrongfully obtaining and improperly withholding in

19   the amount of  $150,000.00 from Plaintiff.

20      44.  Based on the facts as alleged herein, in equity and good conscience, it would be

21   unconscionable and otherwise unjust for Defendants to enrich themselves at the expense of

22

23   Plaintiff.

24                                  **CONCLUSION**

25      Defendants Morse Mehrban and Julie Mehrban and Alfrado Garcia ADA scam lawsuits and

26   defrauded to Los Angeles Superior Court  over 600 fee wavier filed to the Court. Which is lied to

27   the court and a judge.  I am asking this court to hold Morse Mehrban and Julie Mehrban and

28

                    **CLASS ACTION** COMPLAINT FOR DAMAGES - 12

Alfrado Garcia in contempt. If this court does not hold Morse Mehrban and Julie Mehrban and Alfrado Garcia in contempt, I am asking this court to issue a written order stating that perjury is a criminal matter to dealt with exclusively by police and that court's decision not to punished Morse Mehrban and Julie Mehrban and Alfrado Garcia for perjury is not a bar to a criminal complaint. Lest this court think plaintiff's is being harsh, defendants Morse's, Julie's, Garcia's and people apparently work for him have a long campaign of harassment against my business and over 600 small business owners.

Given the circumstance described, I respectfully request this Court to grant court to issue a written order stating that perjury is a criminal.  And also Plaintiff has a right asking this court to not to delay trial and set for trial without further a delay.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as against Defendants, and each of them, as follows:

1. For all general, specific, direct, indirect, consequential, and incidental damages, according to proof at the time of trial, in the amount of $150,000.00;

2. For punitive and exemplary damages pursuant to Civil Code § 3294(c);

3. For rescission of the agreement between Plaintiff and Defendants;

4. For costs of suit;

5. For pre- and post-judgment interest at the maximum legal rate on all sums awarded; and

7. For all other such relief that the court deems just and proper.

Dated: June 24, 2019,

Respectively Submitted

_____
JAMES SHIN
Plaintiff in Pro Per

**CLASS ACTION** COMPLAINT FOR DAMAGES - 14

**VERIFICATION**

    **I,  SHIN JAMES, am a Plaintiff's  in the above-entitled action. I head read the foregoing complaint and know the contents thereof.  The same is true of my own knowledge, except as to those matter which are there stated on information and belief, and as to those matters, I believe it to true .**

**SHIN JAMES V. MORSE MEHRBAN AND JULIE MEHRBAN AND ALFRADO GARCIA**

    **I  declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.**

**Dated: June 24, 2019**

**BY: _____**

             **PLAINTIFF: SHIN JAMES**

SHIN JAMES V. MORSE MEHRBAN AND JULIE MEHRBAN AND ALFRADO GARCIA

VERIFICATION:JAMES SHIN